IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NATIONSTAR MORTGAGE,
LLC,

      Appellant,

v.

CYNTHIA H. SUMMERS and
KERRY D. SUMMERS,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4794

Opinion filed September 9, 2016.

An appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale and Eric M. Levine of Akerman LLP, West Palm Beach, for Appellant.

Mark P. Stopa of Stopa Law Firm, Tampa, for Appellees.

PER CURIAM.

      We reverse the final summary judgment entered in favor of Appellees, and remand for reinstatement of the foreclosure action and proceedings on the merits.

See Brindise v. U.S. Bank, N.A., 183 So. 3d 1215 (Fla. 2d DCA), review denied, 2016 WL 1122325, at *1 (Fla. 2016) (rejecting borrowers' argument that the notice requirement of section 559.715 of the Florida Statutes applies in foreclosure actions); McCall v. HSBC Bank USA, N.A., 186 So. 3d 1134 (Fla. 1st DCA 2016) (affirming judgment for lender on authority of Brindise).

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.